IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH M KAMINSKI, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:23-cv-04962-JMG |
| | : | |
| THE OFFICE OF DISTRICT ATTORNEY | : | |
| OF NORTHAMPTON COUNTY, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 26th day of August 2024, upon consideration of Defendant Northampton County District Attorney's Office's Motion to Dismiss (ECF No. 16), Plaintiff's Response in Opposition (ECF No. 20), Defendant Officer Mythril's Motion to Dismiss (ECF No. 19), and Plaintiff's Response in Opposition (ECF No. 21), **IT IS HEREBY ORDERED** as follows:

1. The Motions (ECF Nos. 16 and 19) are **GRANTED.**

2. The § 1983 claims against the Northampton County District Attorney's Office are **DISMISSED** without prejudice.

3. Count I, as it pertains to Officer Mythril, is **DISMISSED** with prejudice.

4. Count II, as it pertains to Officer Mythril, is **DISMISSED** without prejudice.

5. Count V, as it pertains to Officer Mythril, is **DISMISSED** without prejudice.

6. The Court **DECLINES** to exercise supplemental jurisdiction over the remaining state law claims.

7. Plaintiff is **GRANTED** leave to amend any claims dismissed without prejudice and may reassert supplemental jurisdiction if proper. All such amendments must be filed within 60 days of the date of this Order.

8. The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

                                                                      BY THE COURT:

                                                          */s/ John M. Gallagher*
                                                          JOHN M. GALLAGHER
                                                          United States District Court Judge